UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER L. REED,<br><br>        Petitioner,<br><br>    vs.<br><br>JAMES YATES,[1] Warden,<br><br>        Respondent. | Case No. CV 05-8404-MMM (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein,* and the Final Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

///

\* including the parties' supplemental filings pursuant to the court's order of June 5, 2007,

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), James Yates (the current Warden at Pleasant Valley State Prison, Petitioner's place of incarceration) is substituted for respondent Mike Shepherd.

1  IT IS ORDERED that Judgment be entered denying the Petition and
2  dismissing this action with prejudice.
3
4  DATED: January 24, 2008
                                    *Margaret M. Morrow*
                                    HONORABLE MARGARET M. MORROW
5                                   United States District Judge
   Prepared by:
6
7  *[signature]*
   HONORABLE OSWALD PARADA
8  United States Magistrate Judge