JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER L. REED,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>JAMES YATES[1] Warden,<br><br>　　　　　Respondent. | Case No. CV 05-8404-MMM (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

///
///
///

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), James Yates (the current Warden at Pleasant Valley State Prison, Petitioner's place of incarceration) is substituted for respondent Mike Shepherd.

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 24, 2008

*Margaret M. Morrow*
HONORABLE MARGARET M. MORROW
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge